*Selkowitz, Petitioner, v. Litton Loan Servicing, LP, et al., Respondents*, No. 92865-7. Petition for review of a decision of the Court of Appeals, No. 72505-0-I, November 23, 2015, 191 Wn. App. 1025. *Denied* June 29, 2016.

*Rashoff et al., Respondents, v. State, Petitioner*, No. 92866-5. Petition for review of a decision of the Court of Appeals, No. 45919-1-II, October 20, 2015, 190 Wn. App. 1037. *Denied* June 29, 2016.

*State, Respondent, v. Tutu, Petitioner*, No. 92867-3. Petition for review of a decision of the Court of Appeals, No. 30801-4-III, January 21, 2016, 192 Wn. App. 1023. *Denied* June 29, 2016.

*Deutsche Bank Nat'l Tr. Co., Respondent, v. Slotke, Petitioner*, No. 92868-1. Petition for review of a decision of the Court of Appeals, No. 73631-1-I, January 11, 2016, 192 Wn. App. 166. *Denied* June 29, 2016.

*State, Respondent, v. Lederer, Petitioner*, No. 92871-1. Petition for review of a decision of the Court of Appeals, No. 46291-5-II, February 2, 2016, 192 Wn. App. 1030. *Denied* June 29, 2016.

*State, Respondent, v. Lewis, Petitioner*, No. 92874-6. Petition for review of a decision of the Court of Appeals, No. 72332-4-I, January 19, 2016, 192 Wn. App. 1014. *Denied* June 29, 2016.

*State, Respondent, v. Lear, Petitioner*, No. 92875-4. Petition for review of a decision of the Court of Appeals, No. 72454-1-I, January 19, 2016, 192 Wn. App. 1014. *Denied* June 29, 2016.

*State, Respondent, v. Molina, Petitioner*, No. 92876-2. Petition for review of a decision of the Court of Appeals, No. 73025-8-I, January 19, 2016, 192 Wn. App. 1018. *Denied* June 29, 2016.